AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MANUEL S. TEJEDA DIAZ

                                            JUDGMENT IN A CIVIL CASE

               v.                                    CASE NUMBER: 5:20-CV-68

WARDEN, FOLKSTON ICE PROCESSING CENTER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated January 4, 2021; Petitioner's Motion to Dismiss is

GRANTED, and his 28 U.S.C. § 2241 Petition is DISMISSED without prejudice. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

January 4, 2021                                     John Triplett, Acting Clerk of Court
Date                                                     Clerk

                                                                          (By) Deputy Clerk